# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 29, 2011

No. 11-50660
Summary Calendar

Lyle W. Cayce
Clerk

NASSER YAZDI,

Plaintiff - Appellant

v.

JERRY MOWAD, Individually; KELLY AGUILAR/DICKSON, Individually; DUANE BAKER, Individually; JOHN DOE, Individually; JOHN DOE, Individually; JANE DOE, Individually,

Defendants - Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:11-CV-16

Before HIGGINBOTHAM, DAVIS, and ELROD, Circuit Judges.
PER CURIAM:[*]

We AFFIRM the district court's decision to dismiss this case with prejudice for essentially the same reasons set forth in its Memorandum Opinion and Order.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.